**LAWMAN ARMOR CORPORATION,**
Plaintiff–Appellee,

v.

**WINNER INTERNATIONAL, INC.,**
Defendant–Appellant.

No. 02–1270.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 8, 2002.

Before MAYER, Chief Judge, BRYSON and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.